**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL H. ELINE,** | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:CV-15-1619 |
| **JOHN E. WETZEL, Secretary,** | : | (Judge Caputo) |
| **Commonwealth of Pennsylvania** | : | |
| **Department of Corrections,** *et al.*, | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **19th** day of **JANUARY, 2016**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Pursuant to Fed. R. Civ. P. 41(b), Mr. Eline's Complaint is dismissed with prejudice for failure to prosecute and to comply with a court Order.

2. The Clerk of Court is directed to close this case.

3. Any appeal from this Order would not be taken in good faith.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**